STANLEY W. MUNDY 2126901
Name and Prisoner/Booking Number

SACRAMENTO COUNTY MAIN JAIL
Place of Confinement

651 I STREET
Mailing Address

SACRAMENTO CA 95814
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

STANLEY WAYNE MUNDY,
(Full Name of Plaintiff) Plaintiff,

v.

(1) DETECTIVE PAMELA LINKE AND
(Full Name of Defendant) SACRAMENTO COUNTY SHERIFF DEPT.,
(2) PROSECUTOR MONICA ROBINSON,
(3) PROSECUTOR TERI ANN GRIME,
(4) ANNE MARIE SCHUBERT AND SAC CO
DISTRICT ATTORNEY Defendant(s). OFFICE.
☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2 21-CV-0117 CKD (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

3., "JURY TRIAL DEMANDED"
"CIVIL RIGHTS COMPLAINT BY A PRISONER.

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☒ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☐ Other: _____.

2.  Institution/city where violation occurred: SACRAMENTO COUNTY MAIN JAIL / SACRAMENTO
    - COUNTY.

## B. DEFENDANTS

1. Name of first Defendant: _DETECTIVE PAMELA LINKE_. The first Defendant is employed as:
   _FORMER DETECTIVE SACRAMENT SHERIFFS_ at _SACRAMENTO COUNTY SHERIFF OFFICE_
   (Position and Title)                                                                (Institution)

2. Name of second Defendant: _MONICA ROBINSON_. The second Defendant is employed as:
   _DEPUTY PROSECUTOR SACRAMENTO COUNT_ at _COUNTY OF SACRAMENTO DISTRICT ATTORNEYS OFFICE_
   (Position and Title)                                                                (Institution)

3. Name of third Defendant: _TERI ANN GRIMES_. The third Defendant is employed as:
   _PROSECUTOR FOR SACRAMENTO COUNTY_ at _COUNTY OF SACRAMENT DISTRICT ATTORNEY OFFICE_
   (Position and Title)                                                                (Institution)

4. Name of fourth Defendant: _SACRAMENTO COUNTY DISTRICT_. The fourth Defendant is employed as:
   _ANNE MARIE SCHUBERT_ at _SACRAMENTO COUNTY COUNTY DISTRICT ATTORNEYS OFFICE_
   (Position and Title)                                                                (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

3. "JURY TRIAL DEMANDED"
"CIVIL RIGHTS COMPLAINT BY A PRISONER"

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: VIOLATED MY RIGHTS TO A SAFE TRIAL, PUT ME ON THE DOJ CARNA GACI SEXUAL ABUSE INDEX WHICH BRANDED ME AS A SEXUAL PREDATOR AND ALLOWED MY CHILDREN TO BE COERCED INTIM-

2. Claim I. Identify the issue involved. Check **only one**. State additional issues in separate claims. (1)ATED,
   - ☐ Basic necessities
   - ☐ Mail
   - ☒ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☒ Other: 42 U.S.C.S §1983 HUMPHRIES V COUNTY OF LOS ANGELES 547 F.3d. 11

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. ON OR ABOUT AUGUST 30 2012 MY WIFE SHANNON MUNDY AND HER DAUGHTER HELD ME AT GUN POINT AND TRIED TO MAKE ME CONFESS I JUST RAPED HER DAUGHTER OVER THE ARM OF THE COUCH IN OUR LIVING ROOM. FOR SOME REASON MY WIFE DID NOT WANT TO CALL POLICE, HAD HER DAUGHTER WRITE THIS ACCUSATION IN A NOTEBOOK MADE ME READ IT AND TRIED TO CONVINCE ME I DID NOT REMEMBER THE INCIDENT, I GAVE MY CLOTHES FOR THEM TO TAKE TO POLICE TO PROVE THAT ACCUSATION FALSE, THEY NEVER GAVE MY CLOTHES THE NOTEBOOK TO POLICE. THE NEXT DAY I TRIED TO GET MY STEP DAUGHTER TO GO TO POLICE BUT MY WIFE STALLED HER SAYING THEY COULD NOT FIND THE NOTE BOOK LETS LOOK FOR IT, THE NEXT DAY I GET THE FIRST OF 2 RECANTATION LETTERS, I STILL SAY I WANT TO GO TO POLICE, A FEW DAYS LATER MY WIFE TELLS ME YOU CAN'T GO I ACCIDENTALLY WASHED YOUR CLOTHES. SHE KNEW THIS WAS EVIDENCE PROOF I DID NOT COMMIT THAT CRIME. THE NEXT DAY I'M STILL CONSIDERED GOING AND I GET A SECOND RECANTATION NOTE MORE DETAILED. MY WIFE USES THIS NOTE TO CONVINCE ME HER DAUGHTER WAS COMPLETELY SORRY, MADE UP THE ALLEGATION BECAUSE SHE WAS MAD AT ME BECAUSE SHE JUST FOUND OUT HER FATHER WAS A CONVICTED CHILD MOLESTER OF YOUNG GIRLS AND HER DAUGHTER WAS SUICIDAL BECAUSE

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). BECAUSE OF THE 4 YEAR DELAY OF PROSECUTION AND THE COUNTY PLACING ME ON THE D.O. JUSTICE CARIVA CACI ABUSE INDEX WITHOUT NOTIFYING ME AND RESTRICTIONS WERE PLACED ON ME AT MY CHILDRENS SCHOOL WHERE I VOLUNTEERED THIS CAUSED MY CHILDREN AND THERE AND MY FRIEND TO THINK I WAS GUILTY OF THE ORIGINAL CHARGE

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Claim I?  ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I TRIED TO SUBMIT THIS PROOF TO THE TRIAL COURT BUT WAS DENIED.

3

SHE THOUGHT HER FATHER RAPED HER, WAS JEALOSE OF MY CHILDREN AND HATED THE WAY I TREATED HER. PLUS SHANNON DIDN'T WANT THE POLICE CALLED BECAUSE SHE WOULD GET IN TROUBLE FOR OVER REACTING TO THE CLAIM AND PULLING OUT THE GUN ON ME. SHE CONVINCED ME THIS WAS OVER, RHIANNON WAS TRUELY SORRY, WE KNEW THE CLAIM WAS FALSE BECAUSE OF THE TWO RECANTATION LETTERS.

10 MONTH GO BY BUT I DIDN'T KNOW THEY BOTH STARTED SAYING I RAPED RHIANNON THAT NIGHT AND MADE UP NEW CLAIMS. NOW SHANNON MY WIFE IS 15 YEARS YOUNGER THAN ME, I WAS STARTING TO FIND OUT THINGS ABOUT HER PAST. SHANNON WAS SUPPOSED TO PUT THE 500K HOUSE BACK I PAYED CASH BACK IN MY NAME RIGHT BEFORE THIS ACCUSATION. WE DID THIS TO GET A LOW INTRESTRATE TO BUILD A POOL.

NOW RHIANNON ONLY GOES TO POLICE ON 5-13-13 BECAUSE THEY BOTH KNEW I WAS GOING TO GO TO POLICE, THAT MONDAY AFTER RHIANNON THREATENED ME. SHE WOULD MAKE A CLAIM AND GET MY KIDS TAKEN AWAY.

THE FIRST DAY SHE GOES TO POLICE IS 5-13-13 NOW SHE DOES NOT TELL ANYTHING ABOUT THE NIGHT OF THE GUN, MY CLOTHES, RECANTING, OR RECANTATION LETTERS. SHE MAKES UP 6 NEW CLAIMS, THE NEXT DAY SHE FORGETS 3 OF THESE CLAIMS AND MAKES UP 6 MORE A TOTAL OF 12. NOW STARTING IN THE 8th GRADE TO AFTER THE NIGHT OF THE GUN.

I ALSO TALKED TO J.P. BENNAN ON 5-13-13 ABOUT THE COMPLAINTS AND ENDED UP HIRING MARK REICHEL TO HANDEL THE 1ST CPS TRIAL IN OCT 25 2013. ON AUGUST 9. 2013 HE TURNED OVER TO SAVANAHA CEZARESE AND DETECTIVE KEVIN DARLING ① THE 2 RECANTATION LETTERS THAT NEITHER MY WIFE OR RHIANON TOLD POLICE ABOUT AND A FILE ON A RESTRAINING ORDER WHERE SHANNON HAD MADE A COMPLETELY FALSE ACCUSATION IN COURT THAT PAUL DEBAUFER HAD THREATENED TO KIDNAP RHIANNON AND KILL SHANNON WITH ANTHRAX AND RISON A CHARGE THAT ALSO WAS COMPLETELY FALSE. NOW I'M SEPERATED FROM MY CHILDREN AND PEOPLE AT MY CHILDRENS SCHOOL KNOW ABOUT THESE ACCUSATIONS.

I AM HIT FROM BEHIND HIT A RUN IN A CAR ACCIDENT 2 WEEKS BEFORE THE OCT 2013 CPS TRIAL. AND RECIEVE MINOR BRAIN DAMAGE, DURING THE TRIAL I PASSED OUT RECIEVING A SECOND CONCUSION

BUT AT THAT TRIAL GIVEN TO 4 COUNTY ATTORNEYS, HEAD CPS INVESTIGATOR SAVANNA CEZARES WHO SHARED INFORMATION WITH LEAD DETECTIVE KEVIN DARLE OF THE SACRAMENTO COUNTY SHERIFFS, THERE THAT WAY AND ALSO GIVEN EVIDENCE WAS SHERIFF REPRESENATIVE JAMES WOODS THEY WERE MADE AWARE THIS EVIDENCE INCLUDED WITNESS STATEMENTS, SHANNON AND RHIANNON DEBAUFERS TIME CARDS, PHONE AND TEXT RECORDS

D. <u>CLAIM 1 SUPPORTING FACTS CONTINUED</u> ③

RECIETS, CREDIT CARDS THAT SHOWED COUNTS 1,2,3,4,5,9,11,12 COULD NOT HAVE HAPPEN BECAUSE AT THE SAME TIME MY STEP DAUGHTER CLAIMED THESE INCIDENTS, EITHER SHE OR I WAS NOT TOGETHER, WEEKS I OR SHE WAS NOT IN TOWN, PLACES WHERE INCIDENTS HAPPEN DID NOT EXIST, PEOPLE WERE WITH ME AT THE EXACT TIME OR WITH HER.

  THAT TRIAL IT CAME OUT SHANNON HAD LIED ABOUT HER PREVIOUS CLAIM THAT RHIANNON FATHER HAD THREATENED TO KIDNAP HER AND KILL SHANNON CLAIMS SHE MADE IN COURT 2005, AND IT CAME OUT THAT THE TRUE ACCUSATION MADE IN COUNT 11 THE NIGHT OF THE GUN WAS I RAPED RHIANNON. AND THAT MY WIFE AND RHIANNON ① FAIL TO SHARE THAT WITH POLICE OR ② I GAVE MY CLOTHES TO POLICE. AND SHANNON DESTROYED THAT EVIDENCE NEVER GAVE THAT EVIDENCE TO POLICE AND LATER BOTH MY WIFE AND STEPDAUGHTER HID THIS FROM POLICE ④ JUST LIKE THE BOTH NEVER TOLD POLICE ABOUT THE 2 RECANTATION LETTERS TILL I PRODUCED THEM IN IN AUGUST OF 2013, 3 MONTH AFTER THERE 2ND CLAIMS.

  SO ON 12-1-2013, FRUSTRATED THIS TRIAL WAS DECLARED A MISTRIAL I WROTE AND CALLED SACRAMENTO COUNTY DISTRICT ATTORNEYS AND AGAIN GAVE THEM RECIETS SHOWING I WAS NOT IN TOWN, SHANNON PREVIOUS FALSE ACCUSATIONS AND THE EVIDENCE THEY HID FROM POLICE ABOUT THE FIRST FALSE ACCUSATION AND DESTROYED EVIDENCE THEY DID NOT REPORT TO POLICE ON AUG 2012, ALSO WONDERING WHY SHANNON MY WIFE WASN'T CHARGED WITH ASSALT WITH A DEADLY WEAPON. I ASKED THEM TO PROSECUTE ME LOOK INTO THE WARRENT FOR MY ARREST AND SEE IF THEY COULD GET CPS TO DROP PROSECUTION NOW I WAS DISAB AND IN DEBT FROM FIGHTING AND INVESTIGATING THIS CASE.

  ON 12-12-2013 THE DISTRICT ATTORNEYS OFFICE CONTACTED JPBRENM WHO I HAD ALSO RETAINED TO FIGHT THE CRIMINAL CASE ORIGINALLY THEY NOTIFIED HIM. THE WARRENT FOR MY ARREST WAS DROPPED. THEY NO LONGER BELIEVED RHIANNON AND THIS CASE WOULD NOT B PROSECUTED. THIS LETTER WAS WITNESSED BY MY NEIGHBOR DON STORER.

  I HAD TO HIRE ANOTHER ATTORNEY TO FIGHT THE 2ND CPS CASE IN MARC 2014 THIS COMPLETELY PUT ME IN DEBT.

  BEFORE THIS TRIAL I HIRE ANOTHER INVESTIGATOR TERRY BUTRYM WH I PAYED FOR 2 FULL DAYS TO TAKE TO POLICE, CSI AND COUNTY PROSECUT THE COUCH RHIANNON CLAIMED COUNTS 1 AND 2 HAPPENED. PROSECUT AND POLICE SAID THIS CASE WAS CLOSED AND AGAIN TOLD HIM THEY NO LONGER BELIEVED THE CLAIMS.

  SO AT THIS 10 DAY CPS HEARING/TRIAL I HIRE DNA SPECIALIST WHO

D.

4

I CLAIM SUPPORTIVE FACTS

PROVED NO DNA WAS LINKED TO ME IN THIS CLAIM, THE CRIMINOLOGIST ADMITTED SHE MADE A MISTAKE INCLUDING ME IN ONE SMALL LOCATION.

3 FRIENDS OF RHIANNON TESTIFIED HOW SHE LIED CONSTANTLY DURING THAT TIME.

IN THE PREVIOUS TRIAL IT CAME OUT RHIANNON HAD HALLUCINATIONS SEEING THINGS THAT WEREN'T THERE DURING THE TIME SHE MADE COMPLAINTS ABOUT ME AND WELL BEFORE SHE KNEW BE PROBABLY CAUSED BY ABUSE SHE SUFFERED AT THE HANDS OF HER FATHER WHO WAS A CONVICTED CHILDMOLESTER.

BUT RHIANNON HAS SIGNED A SWORN AFFIDAVIT REGARDING THE 2 RECANTATION LETTERS HER AND HER MOTHER NEVER TOLD POLICE ABOUT. AND TESTS DONE ON THAT NOTE AND HAND WRITING EXPERT PROVED RHIANNON COMMIT PERJURY ABOU. HOW THOSE NOTE WERE WRITTEN, WHY AND WHEN THEY WERE WRITTEN, RHIANNON TESTIFIED AND SAID AT LEAST 36 TIMES TO ALMOST EVERY QUESTION, I DON'T KNOW, I'M NOT SURE, I CAN'T REMEMB... THE JUDGE TO NO TIME IN DECIDING THE CASE FOR ME.

NOW IN DEBT I RECONTACTED THE DISTRICT ATTORNEYS OFFICE IN LATE MARCH 2014, TIM KNEW OF THE DECISION IN THIS CASE TWO A... SENT THE LETTER THAT WAS PROMISED MONTH EARLIER PROMISING ME THIS CASE WAS OVER AND I WAS INNOCENT SINCE I HAD NO MONEY FOR FURTHER PROCEEDINGS AND I WAS STILL DISABLED.

NOW IN 2020 PROSECUTOR TERI ANNE GRIMES DENIES THAT THE COUNTY WOULD WRITE THIS LETTER. BUT TERI ANNE GRIMES ALSO REFUSED TO TURN OVER OR ADMIT I AND MY ATTORNEY TURNED OVER EXCULPITORY EVIDENCE IN 2013/2014 AND REFUSED TO EVEN LOOK FOR IT.

MS GRIMES REFUSED TO ADMIT THAT MY INVESTIGATOR TERRY BURRYMAN TRIED TO TURN IN THE COUCH IN MARCH 2014 WHICH COUNTY PROSECUTORS AND POLICE REFUSED TO TEST. KNOWING THAT EVIDENCE WOULD PROVE NO RAPES OR CLEANING HAPPENED ON THAT COUCH AND IN THIS CASE.

TERI ANNE GRIMES REFUSES TO ADMIT THE COUNTY WOULD WRITE THIS LETTER EVEN THOUGH ONE WITNESS BESIDES ME WITNESSED THIS LETTER AND MY ATTORNEY WAS PROMISED THIS

D.
CLAIM 1 SUPPORTIVE FACTS:
THIS LETTER.

But also why did police and prosecutors knowing that Shannon Mundy had threatened to kill me in Aug 2012 preventing me from reporting a crime. Knowing she never reported that crime not charge her with assault with a deadly weapon.

Then after the first CPS trial when it was apparent to county attorneys and sheriffs representatives that Shannon and her daughter failed to tell police of my clothes and that their accusation was different and they destroyed my clothes and changed that accusation why they were not charged with filing a false complaint.

Why when they found out both Rhiannon and Shannon knew about the 2 recantation letters that Rhiannon failed to tell police about and definitely failed witness/DA about them why again was she charged with perjury

Especially when she claimed later I forced her to write these two letters, which she (Rhiannon) signed a sworn affidavit they were one letter, from the same notebook given at one time. This was proved all a complete lie by TEST and the writing expert.

So why after all this does the Sacramento County District Attorney office, Terri Ann Grimes and Monica Robinson fail to turn over the evidence and the letter and justify the delay in prosecution but it is what happens in claim 2 that started during this investigation and the 4 year delay and what the county did that violated my right to due process the initial delay was caused by my WIFE and my stupidity in believing her. But from 8-13-13 till the prosecution ended in /4-2014 when I recieved the letter and fought those 2 trials the county didn't stop I will show you why.

## CLAIM II

1. State the constitutional or other federal civil right that was violated: County Prosecutors Declin PROSECUTION WHILE CPS OR SHERIFF DEPART LISTED ME FOR 4 YEARS ON TH CACI CANNA ABUSE INDEX WHICH CAUSED ME TO BE BRANDED GUILTY OF CHILD

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims. molest

   - ☒ Basic necessities
   - ☐ Mail
   - ☒ Access to the court
   - ☐ Medical care ath
   - ☐ Disciplinary proceedings
   - ☒ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☒ Other: THE RIGHT TO CONFUSITORY PROC

   AND 42.U.S.C.S. E/983 CIVIL RIGHT VIOLATIONS BRANDING ME AS A CHILD M

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what each **Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   WITHOUT MY KNOWLEDGE AND TOLD IN 2013 I WAS PUT ON THE DOJ CACNA CACI SEXUAL ABUSE INDEX. RESTRICTIONS WERE PLACE ON M AT THE MY CHILDRENS SCHOOL I HAD VOLLUNTEERED FOR YEARS. TEACHERS, STUDENTS PARENTS WERE AWARE OF MY 17 MONTH ABSENCE AND THE CAUSE OF THAT ABSENCE SO WHEN RESTRICTIO FIRST PUT ON ME TOLD TO ME BY PRINCIPLE JIM WALTERS THA EVEN THOUGH I FOUGHT 2 CPS CASES GAVE EVIDENCE TO PROV MY INNOCENSE HAD A LETTER FROM THE COUNTY THAT THE PROS TION WOULD NEVER HAPPEN (WHICH I SHOWED HIM ALSO) THESE RESTRICTION MADE THE PARENTS SOME WHO I HAD COACHED THE CHILDREN IN SOCCER AND BASEBALL WONDER IF THERE WAS SOMETHING WRONG WITH ME. WHOSE THIS WAS DONE UNKNOWING SO I HAD NO IDEA WHY THIS WAS GOING ON. THESE RESTRICTIONS incre YET THE SCHOOL ADMINISTRATION WOULD NOT TELL ME WHY. MY DAUGH NOW 10 REFUSED TO GO ON FIELD TRIPS. FAMILIES I COACHED SOCCER WITH TOOK THERE KIDS OUT OF THIS AWARD WINNING SCHOOL SHUN ME AND MY CHILDREN. NOW I FOUGHT THE 2 CPS CASES AND ONE TURNED IN EVIDENCE AND PROSECUTORS PROMISED TO DROP ALL CH

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I LOST 2 WITNESS MY DAUGHTER WAS CONDITIONED TO THINK I WAS A CH MOLESTER, SHE WAS A COERCED WITNESS, MY SON WAS INTIMIDATED BOTH AS WELL AS MANY FRIENDS TEACHER, CLASSMATE DIDNT TO TELL I WAS A CHILDMOLESTER 4 YEARS, THIS COERSION WAS SO BAD MY DAU WANTED TO COMMIT SUICIDE BECAUSE MY WIFE.

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ N

   b. Did you submit a request for administrative relief on Claim II? ☐ Yes ☒ N

   c. Did you appeal your request for relief on Claim II to the highest level? ☐ Yes ☒ N

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I SUBMITTED OR TRIED TO SUBMIT THEM TO THE TRIAL COURT BUT WAS DENIED.

4

CLAIM II CONT.

I ACCORDING TO THE CACI RULES SHOULD HAVE HAD MY CASE REVIEWED AND TAKEN OFF WHICH WOULD HAVE STOPPED THESE RESTRICTIONS.

AFTER I WON THE 2ND CPS CASE THE JUDGE GAVE ME CUSTODIAL CUSTODY OF MY CHILDREN WITH 51/49 VISITING TIME AND ADMONISHED ME AND BOTH PARTIES NOT TO TELL OR DISPARAGE THE OTHER PARTY OF WHAT HAPPENED AT THE TRIAL. I LIVED UP TO THIS TO MY DETRIMENT.

DURING THIS INVESTIGATION IN MAY 2013 CPS WAS CONVINCED I HAD MOLESTED MY STEPDAUGHTER THEY QUESTIONED BOTH OF MY CHILDREN AT SCHOOL IF I TOUCHED THEM OR WITNESSED ME TOUCH RHIANNON. SO CPS PUT MY CHILDREN IN CPS COUNSELLING AT HOPE THERAPUTICS, THESE SAME COUNSELLOR TOLD ME I WAS GUILTY. AGAIN NO ONE TOLD ME MY CHILDREN WERE IN THIS COUNSELLING AND FINALLY MY DAUGHTER UNABLE TO SLEEP TOLD ME THE REASON WAS COUNSELLORS AND HER MOTHER WERE TELLING HER I TOUCH RHIANNON INAPPROPRIATELY AND WERE CONVINCE ALEXIA MUST HAVE WITNESSED THIS. SINCE ALEXIA CAUGHT RHIANNON NAKED IN BED WITH CHRIS AND KNEW ABOUT THIS SHE MUST HAVE SEEN ME COUNSELLORS DIDN'T CARE OR DIDN'T KNOW RHIANNON HAD HALLUCINATIONS OR THAT SHE LIED ABOUT THE ORIGINAL ACCUSATION OR THAT EVIDENCE SHOWED THAT THE NEW INCIDENTS DIDN'T HAPPEN. COUNSELLORS BELIEVED ALEXIA MUST HAVE WITNESSES SOMETHING. ALEXIA ON 2/2015 AFTER OVER I BELIEVE 18 MONTHS OF THIS COUNSELLING UNABLE TO SLEEP BECAUSE OF BAD DREAMS FOLLOWING COUNSELLORS TALKING QUIETLY, IN A DIMMLY LITE ROOM COUNTING BACKWARDS MAKING HER SLEEPY WAS GIVING HER BAD DREAMS AND ANXIOUTY. I COULDN'T BELIEVE MY WIFE WAS DOING THIS I IMMEDIATELY EMAILED HER ON OUR FAMILY WIZZ WEBSITE TELLING HER, THIS WAS WRONG IT HAD TO STOP. NOW MY CHILDREN STARTED TELLING ME THE ALSO WERE BEING HIT BY THERE MOTHER BECAUSE THEY TOLD PEOPLE AT SCHOOL WHAT COUNSELLORS AND THEIR MOTHER WAS TELLING THEM ABOUT ME AND THEY DIDN'T WANT HER TO SAY ANYTHING BECAUSE THERE MOM PUNISHED THEM AND SCREAMED IN THEIR FACE.

CLAIM II

So I TOLD PEOPLE AT SCHOOL SOME CONFIRMED THEY HAD BEEN TOLD THIS BY THE CHILDREN AND ALSO SAW BUMPS, BRUISES AND SCRATCHES AND HAD REPORTED THEM TO CPS. YET I WAS NOT NOTIFIED BY THE SCHOOL OR CPS OF THESE REPORTS. MY CHILDREN THEN MONTHS AFTER I TOLD MY WIFE THE COUNSELLING STOPPED MY WIFE HAD HIT ALEXIA AGAIN. SO I REPORTED THIS TO CPS MYSELF. THERE ARE AT LEAST 10 REPORTS DURING THIS 3 YEAR DELAY. CPS WOULD LEAVE NOTES AND MESSAGES TO MY WIFE EACH TIME ABUSE WAS REPORTED (I HAVE ALL THESE REPORTS) EXCEPT SOME THAT WERE FIRST NEVER INVESTIGATED. SO MY CHILDREN BECAME AFRAID TO TELL ME OR ANYONE AT SCHOOL OF THIS ABUSE FINALLY ON 4/2016 ALEXIA GOES TO HER COUNSELLOR ALLISON WEBSTER AND REPORTS SHE IS CONTEMPLATING SUICIDE BECAUSE OF THE ABUSE BY HER MOTHER ON HER AND HER SISTER, OVER 3 YEARS OF THIS. THE COUNSELLOR SAY SHE WILL CONTACT CPS. BUT ALEXIA SAYS EACH TIME THE "COUNTY PEOPLE" COME OUT THEY TELL HER MOM WHAT ALEXIA SAID AND THEN HER MOM IS NICE TO THEM UNTILL THEY LEAVE AND THEN SHE HURTS HER. MY CHILD NOW HAD NOWHERE TO TURN. THIS COMPLAINT WAS REGISTERED WITH CPS AND AGAIN THE SCHOOL AND CPS NEVER TOLD ME MY DAUGHTER WANTED TO COMMIT SUICIDE SO I COULD STOP THIS.

ON 5/2016 MY DAUGHTER NOW ALMOST 11 AGAIN GOES TO HER 6th GRADE TEACHER JOSEPHINE BLACK AND TELLS HER THAT HER MOTHER AND SISTER ARE GANGING UP ON HER AND SHE WILL DO ANYTHING FOR THEM TO STOP THIS AND JUST LOVE HER. I AM APPALLED BUT AGAINST BOTH CHILDRENS WISHES I EMAIL SHANNON MY WIFE AGAIN THROUGH OUR FAMILY WIZARD, THIS LATER I FIND OUT CAUSES ALEXIA TO GET PUNISHED AGAIN AND NOW SHE REFUSES TO TALK TO ME ABOUT ANYTHING.

NOW MY WIFE AND STEP DAUGHTER START TAKING ALEXIA OUT BUYING HER NICE CLOTHES WE ARE NOW MONTHS BEFORE A DIVORCE COURT HEARING TO SHOW THE FIRST FALSE    4

CLAIM II

TO GET THE HOUSE BACK THAT STARTED ALL THIS.
ON 1/4/17 I HAVE PICTURES OF ALEXIA OUT WITH RHIANNON
THAT SHE (DENIED BEING WITH RHIANNON)
THAT SAME DAY OR A FEW DAYS LATER A CPS REPORT SAYS ALEXIA
WAS SHOWN OR READ A POLICE REPORT WHILE SHE WAS WITH RHIANNON
AND THOUGHT I WAS DISGUSTING AND SAID THAT WHY SHE SAID I
TOUCHED HER. I HAVE THIS REPORT

POLICE AND PROSECUTORS KNEW SHANNON AND RHIANNON HAD GOTTEN
ALEXIA TO LIE TO ME FROM 2010-2013 TO COVER UP RHIANNON SNEAKING
IN BOYS TO SLEEP OVER NIGHT IN HER ROOM. (THIS IS IN 2013 POLICE
REPORTS WITH ALEXIA SAFE INTERVIEWS.

POLICE KNEW FROM ALL THE CPS COMPLAINTS AND ALEXIA WANTING
TO COMMIT SUICIDE THAT HER MOTHER WAS ABUSING HER. AND
THAT ALEXIA HAD BEEN INFLUENCED BY THE PRESSURE PUT ON HER
FROM PEOPLE AND THE CACI LISTING AT SCHOOL.

SO WHY DID THEY NOT EXPECT ALEXIA COULD HAVE BEEN COERSED.
SO MY OWN CHILDREN AND PEOPLE AT SCHOOL, CLASSMATES TEACHER
THOUGHT I HAD GOTTEN AWAY WITH MOLESTING RHIANNON AND THIS
LISTING AND THE COUNSELLING WAS HIDDEN FROM ME AND WHY. THIS
LISTING AND EVENTS LEFT ME AND MY CHILDREN BRANDED AS GUILTY

POLICE EVEN KNEW FROM A CPS REPORT IN 2015 MY WIFE TRIED
TO GET ALEXIA TO SAY WE SLEPT TOGETHER AND THAT I TOUCHED HER
THEN AND THEY KNEW SHANNON HAD MADE A FALSE REPORT OF
THREATENED KIDNAPING IN 2005 SO WHY WOULD THEY NOT EXPECT
SHANNON HAD COERSED ALEXIA ESPECIALLY WHEN MY SON DAVID
TRIED TO REPORT THAT COERSION JUST MONTH AFTER ALEXIAS
COMPLAINT THAT IS GROUND 3

MY COMPLAINT IS AGAINST THE COUNTY AGENCY WHO LISTED ME
ON THE CARINA CACI ABUSE INDEX AND VIOLATED MY RIGHTS OF
DUE PROCESS

IT IS AGAINST THE COUNTY PROSECUTORS OFFICE FOR NOT
PROSECUTING ME AGAINST SACRAMENTO COUNTY DISTRICT ATTORNEY
MONICA ROBINSON AND TERI ANNE GRIMES FOR NOT INVESTIGATION
HOW AND WHO PUT ME ON THIS INDEX. KNOW THE VIOLATION
AND RESTRICTION ATTRIBUTED TO DUE PROCESS RIGHT AND COERSION.



## CLAIM III

1. State the constitutional or other federal civil right that was violated: NEGLIGENT VIOLATION OF MY DUE PROCESS AIDING THE COERSION AND INTIMIDATION OF MY 2 WITNESSES AND CHILDREN, AND FAILURE TO INVESTIGATE THOSE VIOLATION AND LOSS OF EVIDENCE

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☒ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☒ Other: DENIED DUE PROCESS OF THE LAW

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

ON 7-10-2017 MY SON REPORTED THAT HIS SISTER WAS BEING TAKEN TO PRIVATELY WITH MY WIFE AND DISCLOSED SHE WAS COERSED AND ADMITTED LYING ABOUT MAKING UP THE COMPLAINT AGAINST ME. INSTEAD OF INVESTIGATING THIS COERSION, WAD SHERIFF INVESTIGATOR FORMER DETECTIVE PAM UNKE ON A RECORDED CALL MADE TO THE SUSPECTED PERPITROR OF COERSION ACTUALLY CALLED AND WARNED SHANNON MUNDY WHO WAS KNOW TO HAVE FILED FALSE CLAIMS BEFORE AND TOLD HER DAVID HAD MADE THIS CLAIM AGAINST HER TWO AT LEAST 2 OTHER PEOPLE CHARLES JOHNSON AND MANGE TRINDLL. DAVID IS A 10 YEAR OLD BOY WHO HAS BEEN SUBJECT TO AT LEAST 10 REPORTS AT LEAST 2 WITH LARGE BUMPS INFLICTED WHILE IN THE CARE OF MY WIFE, POLICE AND PROSECUTORS LIKE CPS BEFORE KNOW SHANNON HAD THREATEN TO KILL ME WITH A GUN INSTEAD OF CALLING POLICE ADMITTED HITTING THE CHILDREN WITH WOODEN OBJECTS AND EVEN ASKED AND SUSPECTED SHE HAS EMOTIONAL ISSUES. (I HAVE DOCUMENTS FROM POLICE) STILL EFFECTIVE

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

MY DAUGHTER WAS INTIMIDATED AND COERSED BY MY SON DAVID TO TELL THIS HAD HAPPENED. THE DISTRICT ATTORNEY AND MY ATTORNEY REFUSED TO INVESTIGATE THIS, THIS HAS ALLOWED ME TO BE CONVICTED OF THE ORIGINAL CHARGES AND NOW I AM SENTENCED TO 9 YEARS, THIS IS

5. **Administrative Remedies.** A DENIAL SENTENCE.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Claim III? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I HAVE TRIED TO FILE THIS WITH THE TRIAL COURT BUT MY EXHIBITS HAVE BEEN DENIED AND I AM WORRIED THE JAIL CALLS WILL BE DESTROYED THAT PROVE MY SON WAS TELLING THE TRUTH AND

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page. INTIMIDATED

5

LINKE CALLED MY WIFE SHANNON MUNDY ON A RECORDED CALL AND WARNED HER THAT A 10 YEAR OLD BOY HAD DISCLOSED THIS EVIDENCE. THE PROSECUTOR MONICA ROBINSON OF THE SACRAMENTO COUNTY DISTRICT ATTORNEY'S OFFICE ALSO KNOWING ALL THIS LEAVE THIS 10 YEAR OLD BOY AND HIS SISTER WHO HAS ASKED FOR HELP, WANTED TO COMMIT SUICIDE BECAUSE OF THESE 4 YEARS OF ABUSE ALONE FOR 24 DAYS. GOES OUT TO THE VERY HOME WHERE THE COERSION HAPPENED DAVID TRIED TO REPORT. INTERVIEWED HIM IN FRONT OF THE KNOWN PERPITRATOR. AND THEN DID NOT QUESTION THE FACT HE SAID HE NEVER SAID ANYTHING TO ANYONE ABOUT ALEXIA LYING.

① THEY DID NOT TURN OVER TO ME A COPY OF THE REPORT GIVEN TO THE PROSECUTOR OF WITNESS TAMPERING DATED 7-10-2017 TILL RIGHT BEFORE TRIAL IN MARCH 2020 WHY?

② THE POLICE AND PROSECUTOR TERI ANNE GRIMES WERE AWARE I TURNED IN A COMPUTER IN (JUNE 8 2017) THAT CONTAINED AT LEAST ONE EMAIL OR ELECTRONIC COMMUNICATION FROM RHIANNON EARLIER IN LATE 2016 EARLY 2017 WHERE SHE WAS COERSING ALEXIA TO MAKE A FALSE REPORT NOW THIS COMPUTER, LETTER FROM THE DISTRICT ATTORNEY FROM 2014 PROMISING NO PROSECUTION, THE 2 RECANTATION LETTERS AND EXHIBIT REC FROM THE 2 2013/2014 CPS WERE THEN REPORTEDLY LOST OR STOLEN.

ONE NO ONE DENIES THEIR LOSS, DONALD STORER MY NEIGHBOR WITNE ME TURN OVER THIS EVIDENCE. BUT NO ONE NOT A JUDGE NOT THE DIST ATTORNEY OR MY COUNTY ATTORNIES HAVE INVESTIGATED THIS LOSS O EVEN GOTTEN AN AFFIDAVIT FROM MR STORER AND I HAVE ACTUALL BE BLOCKED FROM DOING SO.

THIS COMPUTER BACKED UP DAVIDS CLAIM.

BUT AFTER DAVID WAS UNABLE TO TELL PROSECUTOR MONICA ROBINSC WHILE HIS MOTHER WAS LISTENING IN ANOTHER ROOM). AND SHE KNE DAVID AND HIS SISTER HAD SUFFERED ABUSE FOR YEARS.

SHE AND LATER MY ATTORNEY, MY JUDGE AND PROSECUTOR TERI ANNE GRIMES WERE AWARE I TOLD THEM ON 3 DIFFERENT JA CALLS MADE AFTER PROSECUTOR ROBINSON TALKED TO DAVID IN FRONT OF HIS MOTHER ON 8-3-2017 DURING THAT 24 DAYS H WAS LEFT ALONE
 DAVID DISCLOSES HE WAS TO SCARED TO TELL POLICE THE

CLAIM III

(3)

TRUTH BECAUSE HIS MOTHER KEPT GOING IN AND OUT OF THE ROOM.

ON ANOTHER CALL DAVID SWEARS HE IS TELLING THE TRUTH ABOUT ALL THE COUNSELLING, DISCRIBES HITTING AND SWEARS HE IS TELLING THE TRUTH ABOUT ALEXIA HAVING TO LYE.

ON ANOTHER CALL HE SWEARS HE TOLD THE TRUTH AND COULD TELL THIS TO A JUDGE.

SO NO ONE WILL INVESTIGATE THIS PLAY THESE RECORDINGS I COURT.

MY WITNESS MY SON TOLD 2 PEOPLE THAT HIS SISTER LYED AN WAS COERSED TO DO SO THIS IS ON JAIL CONVERSATIONS I HAD DURING THIS SAME TIME WITH CHARLES JOHNSON AND MARGE TRINDEL, TERI ANNE GRIMES CONDUCTED NO INVESTIGATION INT THE WRONGFUL ACTIONS OF HER COLLEUGE MONICA ROBINSON AND DETECTIVE LINKE WARNING MY WIFE AS SHE SHOULD HAVE.

I TRYIED TO ASK FOR A MOTION TO DISMISS AN EVIDENTIAR HEARING AND PRODUCE EVIDENCE, LINKES CALL TO SHANNON MUNDY HER WARNING AND THESE JAIL CALLS THAT PROVED DAVID HAD TOLD THE TRUTH, THAT HE WAS INTIMIDATED. YET NO EVIDENTIARY HEARING WAS CONDUCTED, NO TERI ANNE GRIMES CLAIMS SHE LISTEN TO THESE CALLS AND SAYS THEY DO NOT CON WHAT I SAID, BEFORE MY HEARING WHICH MY TRIAL JUDGE W NOT ALLOW IN MY EXHIBITS THESE JAIL CALLS I LISTEN TO THE AGAIN AND I AM NOT MISTAKEN, I CLEARLY STATED WHAT TH SAID SO WHY ARE THESE CALLS NOT PLAYED IN COURT. I ASK THEM TO BE TRANSCRIBED AND REDACTEOD MONTHS AND YEARS PREVIOUSLY WHY DID NEITHER MONICA ROBINSON O TERI ANNE GRIMES COMPLY WITH THIS DISCOVERABLE REQU WHY WAS NO INVESTIGATION DONE BY THEM THE COUNTY

CLAIM III

ON MY JUDGE AND NOW I AM TRYING TO FILE A WRIT OF HABEAS CORPUS TO SAVE THESE JAIL CALLS AND CALLS TO MY WIFE THAT MY ATTORNEY, THE DISTRICT ATTORNEY AND THE COURT SHOULD HAVE DONE UNDER FED RULE 26(F) OF PROCEDURE TO SAVE EIC DATA AND COMMUNICATIONS. I HAVE NO ATTORNEY AND WITH COVID LOCKDOWNS I AM BLOCKED FROM ACCESS TO THE LAW LIBRARY TO MAKE COPIES ECT.

IN MY CASE THAT STARTED IN AUG 2012 WHEN MY WIFE MADE A FALSE COMPLAINT EVIDENCE CRITICAL TO THAT FALSE COMPLAINT WAS EITHER LOST OR DESTROYED BY HER AT LEAST WE KNOW THIS FROM 2013 TRANSCRIPTS. WHY NO INVESTIGATION

WE KNOW DURING THE 2013/2014 CPS TRIALS BEFORE AND AFTER FROM THEIR TRANSCRIPTS MATERIAL EVIDENCE RECIEPTS TIMECARDS ECT. WERE TURNED OVER TO THE COUNTY AND A LETTER WAS WRITTEN SAYING THIS PROSECUTE WAS PROMISE OVER. WHY NO INVESTIGATION.

IN BETWEEN JUNE 6 2017 AND 5/2018 OTHER CRITICAL EVIDENCE WAS TURNED OVER AND LOST OR STOLEN THE COMPUTER AND LETTE FROM THE DISTRICT ATTORNEY, THE 2 RECANTATION LETTERS AND EXHIBITS AND RECIE PHONE & TEXT RECORDS AGAIN NO INVESTIGATION.

NO INVESTIGATION WAS DONE BY THE PROSECUTORS OFFICE OR THE COUNTY INTO ANY OF THESE MATTERS INCLUDING THE PREJUDICE CAUSED BY THE PURPOSE DELAY OF THE RESTRICTION PLACED ON ME BY THE CACI INDEX AND OTHER FACTORS CAUSE BY THE PREJUDICE VIOLATED BY MY SPEEDY TRIAL RIGHTS OF PRECOMPLAINT DELAY. AND THE COERSION OF MY YOUNG AND IMPRESSIONA DAUGHTER.

I RECIEVED TO FAIR TRIAL AND NO INVESTIGATIONS OR HEARINGS INTO THE TRUTH OF THIS MATTER, MONICA ROBINSON AND DETECTIVE LINKE ARE CULPIBLE IN THE INTIMIDATION OF MY SON, PROSECUTOR GRIMES AND THE DISTRICT ATTORNEYS OFFICE IS IN VIOLATION FOR NOT INVESTIGA THIS CONDUCT AND CONDUCTING HEARINGS AND BRING FORTH EVI AND PRESERVING EVIDENCE. THE DISTRICT ATTORNEY OFFICE IS IN VIOL OF NOT PROSECUTING, PRESERVING AND INVESTIGATING AND PROSECUT

CLAIM III

ALL THE EVIDENCE LOST IN THIS CASE, BUT MOST TROUBLING ARE THESE JAIL CALLS THAT ARE IN DISPUTE.

POLICE, PROSECUTOR FAILED TO INVESTIGATE WHETHER THIS NOTE CLAIMED TO BE FROM THE NIGHT OF THE GUN WAS INFACT THE ORIGINAL NOTE OR WAS IT MADE LATER. PROSECUTOR GRIMES REFUSED TO TEST IT THEN USED KNOW PERJURED TESTIMONY TO ALLOW SHANNON MUNDY TO CHANGE 2 STATEMENTS TO SAY SHE NOW WITNESS THE WRITING OF THIS NOTE. PROSECUTOR GRIMES KNEW THIS WAS NOT THE TRUTH FROM SHANNON MUNDY'S 2013 TESTIMONY HER 5-14-13 REINACTMENT ON A VIDEO THAT DAY MADE IN FRONT OF AT LEAST 3 POLICE DETECTIVES MY SON WAS INTIMIDATED ALL FROM AN ORIGINAL FALSE CLAIM POLICE, CPS AND PROSECUTORS NEVER INVESTIGATED, AND BELIEVED THEY JUST HAD TO BE TRUE. THEY FAILED TO CHARGE SHANNON MUNDY WITH CRIMES SHE KNEW SHE COMMITTED AND PERJURY AND NOT TELLING POLICE THE TRUTH OF THE RECANTATION LETTERS AND THE TRUE EVENTS FROM THE NIGHT OF THE GUN WHICH MY STEPDAUGHTER WAS ALSO GUILTY OF.

## E. REQUEST FOR RELIEF

State the relief you are seeking: I AM ASKING AN ATTORNEY BE GRANTED TO ME TO PERSU AND INVESTIGATE THE CIVIC RIGHTS VIOLATIONS THE COUNTY SHOULD HAV INVESTIGATED, AND MY COURT APPOINTED ATTORNEY ORDER BY A JUDGE FAILED TO INVESTIGATE. I ASKED MY JAIL CALLS PRESERVED THAT SHO HAVE BEEN PRESERVED. I ASK DAMAGES TO BE AWARDED TO ALL MY CHILDREN, AND TO MY APPOINTED ATTORNEY SINCE NOW I AM BANKRUPTED FROM MY PREVIOUS DEFENCE. I ASK FOR AN AMOU BECAUSE I AM DISABLED FROM CHILDHOOD DYSLEXIA AND MY ACCI ENT AND IF THE COURT ALLOWS DAMAGES TO BE. I DO NOT WAN I WANT ONLY TO PROVE THE TRUTH IN MY CASE.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12-29-2020
        DATE

        _Han Mmay_
        SIGNATURE OF PLAINTIFF

I HAVE NO ATTORNEY JUDGE REFUSED ME EVEN PARALEGAL HELP.
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.