UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY W. MUNDY, | No. 2:21-cv-0117 CKD P |
| Plaintiff, | |
| v. | ORDER |
| PAMELA LINKE, et al., | |
| Defendants. | |

Plaintiff has requested an extension of time to file a third amended complaint. Good cause appearing, that request will be granted. Plaintiff also asks that the court order the law library at his prison to provide him with copies of unidentified statutes and cases. This request will be denied. Plaintiff may renew his request if he identifies particular cases and / or statutes, can provide good cause as to why he requires copies, and if his request for copies has actually been denied by the law library.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 24) is granted.

2. Plaintiff is granted thirty days from the date of this order in which to file and serve a third amended complaint. Failure to file a third amended complaint within 30 days will result in dismissal.

/////

1

3. Plaintiff's request for an order directtting the law library at his prison to provide him with copies of cases and statutes is denied.

Dated:  October 25, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mund0117.36

2