UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY W. MUNDY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PAMELA LINKE, et al.,<br><br>　　　　　Defendants. | No. 2:21-cv-0117 CKD P<br><br><br>ORDER |

Plaintiff has submitted a document that the court construes as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, this matter is dismissed without prejudice.

Dated: December 1, 2021

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mund0117.dis